**Below is the Order of the Court.**

_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>FISHING VESSEL OWNERS MARINE WAYS, INC.,<br><br>        Debtor. | Lead Case No. 19-13502<br><br>(Jointly Administered with Case No. 19-13504) |
| In re<br><br>SEATTLE MACHINE WORKS<br><br>        Debtor. | FINAL ORDER AUTHORIZING DEBTOR TO ENTER INTO INSURANCE PREMIUM FINANCING AGREEMENT |

THIS MATTER came before the Court on the motion ("Motion") of Fishing Vessel Owners Marine Ways, Inc., debtor in possession herein ("FVO" or the "Debtor"), for entry of an Order authorizing the Debtor entering into a Premium Financing Agreement (the "Agreement") with US

FINAL ORDER AUTHORIZING DEBTOR TO ENTER INTO
INSURANCE PREMIUM FINANCING AGREEMENT –
Page 1

Bush Kornfeld llp
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

cj15n3014e

Case 19-13502-MLB    Doc 56    Filed 10/16/19    Ent. 10/16/19 16:38:02    Pg. 1 of 3

Premium Finance ("USPF"), and approving the terms thereof. The Court has reviewed the files and records herein, including the Declaration of Dan Payne filed in support of the Motion, and it is hereby

**ORDERED as follows**:

1. The Motion is granted;

2. Pursuant to Section 364 (c) (2) of the Bankruptcy Code, the Debtor is authorized to enter into the Agreement;

3. The Debtor is hereby directed to pay USPF all sums due pursuant to the Agreement;

4. That the full rights of USPF pursuant to the Agreement and controlling state law be and the sums hereby are fully preserved and protected and are and shall remain unimpaired by the pendency of the bankruptcy case or any subsequent conversion of this proceeding to a Chapter 7 or any subsequent appointment of a trustee;

5. In the event that the Debtor defaults upon any of the terms of the Agreement, USPF may exercise such rights as it may otherwise have under state law, but for the pendency of this proceeding and, without the necessity of further application to this Court, cancel all insurance policies listed on the Agreement or any amendment thereto, and receive and apply all unearned insurance premiums to the account of the Debtor. In the event that, after such application of unearned premiums, any sums still remain due to USPF pursuant to the Agreement, such deficiency shall be deemed an administrative expense of the estate.

6. This Order shall be effective as of the date of entry by the Court.

Presented by:

FINAL ORDER AUTHORIZING DEBTOR TO ENTER INTO
INSURANCE PREMIUM FINANCING AGREEMENT  –
Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

cj15n3014e

Case 19-13502-MLB    Doc 58    Filed 10/16/19    Ent. 10/16/19 18:38:02    Pg. 2 of 3

BUSH KORNFELD LLP

By /s/ *James L. Day*
   James L. Day, WSBA #20474
Attorneys for Fishing Vessel Owners Marine Ways, Inc.

FINAL ORDER AUTHORIZING DEBTOR TO ENTER INTO
INSURANCE PREMIUM FINANCING AGREEMENT –
Page 3

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104