UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | Lead Case No. 19-13502 |
| FISHING VESSEL OWNERS MARINE WAYS, INC., | (Jointly Administered with Case No. 19-13504) |
| Debtor. | |
| In re | DEBTORS' POST-CONFIRMATION REPORT COVERING PERIODS ENDING DECEMBER 28, 2020 AND APRIL 28, 2021 |
| SEATTLE MACHINE WORKS | |
| Debtor. | |

Fishing Vessel Owners Marine Ways, Inc. ("FVO") and Seattle Machine Works ("SMW")

(each, a "Debtor," and together, the "Debtors"), submits this post-confirmation report covering the

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ee24j401cj

periods ending December 28, 2020 and April 28, 2021[1] pursuant to Local Rule of Bankruptcy Procedure 2015-1(e).  Exhibits A and B hereto are the bank statements for Debtor FVO and Debtor SMW, respectively.  Exhibit C contains information regarding Class 5 and Class 6 payments.

A.    **Summary of Distributions by Class**

| Class 1 | Secured Claim of Mountain Pacific Bank – Line of Credit | Post-confirmation payments:<br><br>$2,193.97 October 20 2020<br>$2,429.04 November 20 2020<br>$2,350.69 December 21 2020<br>$2,469.11 January 20, 2021<br>$2,511.85 February 22, 2021<br>$2,268.77 March 22, 2021 |
|---|---|---|
| Class 2 | Secured Claim of Mountain Pacific Bank – Credit Cards | Post-confirmation payments<br>$253.64 October 21, 2020<br>$764.73 October 21, 2020<br>$286.73 November 20, 2020<br>$162.06 November 20, 2020<br>$278.57 December 21, 2020<br>$198.42 December 21, 2020<br>$2,510.42 December 23, 2020<br>$281.35 January 21, 2020<br>$245.09 January 21, 2021<br>$4,448.84 February 18, 2021<br>$15,840.70 February 18, 2021<br>$7,016.11 February 18, 2021<br>$5,224.49 February 18, 2021<br>$547.44 March 18, 2021<br>$797.22 March 18, 2021<br>$930.47 March 18, 2021<br>Total:  $39,786.28 |
| Class 3 | Unsecured Claim of Port of Seattle | Paid $4,667.06 on November 1, 2019 |
| Class 4 | Unsecured Claims of Marine Carpenters Pension Fund | $2,500.00 January 14, 202<br>$2,500.00 February 18, 2021<br>$2,500.00 March 25, 2021<br>$2,500.00 March 25, 2021 |

[1] To the extent additional reports are required going forward, they will be submitted separately.

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

| | | | |
|---|---|---|---|
| | | | 3-25-2021 $2,500.00 March 25, 2021 |
| | Class 5 | Administrative Convenience Claims | See Ex. C |
| | Class 6 | Unsecured Claims | See Ex. C |
| | Class 7 | Equity Interests in FVO | No distributions |
| | Class 8 | Equity Interests in SMW | No distributions |

**B.** **Projections as to Debtors' Ability to Comply with Confirmed Plan.**

The Debtors continue to project that they will be able to comply with the Confirmed Plan.

**C.** **Report of Pending or Anticipated Litigation**

None.

**D.** **Other Factors that May Materially Affect Debtors' Ability to Consummate Plan** '

None.

**E.** **Estimated Date for Application for Final Decree:**

Upon entry of Order Allowing and Disallowing Claims as to which hearing is scheduled for June 24, 2021.

DATED this 4th day of June, 2021.

FISHING VESSEL OWNERS MARINE WAYS, INC.

By signature to be provided
Daniel Payne
President

SEATTLE MARINE WORKS

By signature to be provided
Daniel Payne
President

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ee24j401cj

# EXHIBIT A

FISHING VESSEL OWNERS MARINE WAYS, INC.

ACCOUNT 4605 DISBURSEMENT ACTIVITY



## FVO-GENERAL **4605

Last Updated: 6/3/2021 12:45 PM

**$43,402.81**
Available Balance

| Start Date | | End Date | | Transaction Type | |
|---|---|---|---|---|---|
| 10/1/2020 | | to   10/31/2020 | | | ⌄ |

| Description | | Min Amount | | Max Amount | |
|---|---|---|---|---|---|
| | | $0.00 | to | | $0.00 |

Check #

     to

Apply Filters        Reset

| Date | Description | Amount |
|---|---|---|
| OCT 30 2020 | CHECK - 32889 | ($11,508.87) |
| OCT 30 2020 | CHECK - 32893 | ($7,217.00) |
| OCT 30 2020 | REGULAR DEPOSIT | $190.00 |
| OCT 29 2020 | CHECK - 32892 | ($9,841.40) |
| OCT 29 2020 | WASHINGTON-DSHS FISHING VESSEL OWNERS ACH DEBIT WA53000000 910222340 | ($2,553.61) |
| OCT 29 2020 | QUARTERLY FEE FISHING VESSEL OWNERS ACH DEBIT PAYMENT 0000 | ($1,300.00) |
| OCT 29 2020 | CHECK - 32872 | ($1,283.43) |

| OCT 29 2020 | 🖾 CHECK - 32873 | ($846.40) |
|---|---|---|
| OCT 29 2020 | 🖾 CHECK - 32891 | ($585.16) |
| OCT 29 2020 | 🖾 CHECK - 32890 | ($160.26) |
| OCT 29 2020 | TO XXXXXXXX4524 Funds Transfer via Online | ($12,746.87) |
| OCT 29 2020 | FROM XXXXXXXX5261 Funds Transfer via Online | $75,000.00 |
| OCT 28 2020 | WA DEPT REVENUE FISHING VESSEL OWNERS ACH DEBIT TAX PYMT 5516605 | ($8,660.27) |
| OCT 28 2020 | 🖾 CHECK - 32863 | ($2,621.34) |
| OCT 28 2020 | 🖾 CHECK - 32858 | ($183.98) |
| OCT 28 2020 | IRS FISHING VESSEL OWNERS ACH DEBIT USATAXPYMT 270070203187102 | ($21.30) |
| OCT 27 2020 | 🖾 CHECK - 32854 | ($470.00) |
| OCT 27 2020 | 🖾 CHECK - 32852 | ($200.00) |
| OCT 27 2020 | 🖾 CHECK - 32859 | ($83.67) |
| OCT 26 2020 | IRS FISHING VESSEL OWNERS ACH DEBIT USATAXPYMT 270070035324452 | ($4,262.56) |
| OCT 26 2020 | 🖾 REGULAR DEPOSIT | $15,000.00 |
| OCT 23 2020 | 🖾 REGULAR DEPOSIT | $21,087.16 |
| OCT 22 2020 | 🖾 CHECK - 32870 | ($1,131.60) |
| OCT 22 2020 | TO XXXXXXXX4524 Funds Transfer via Online | ($12,181.39) |

| | | |
|---|---|---|
| OCT 21 2020 | CHECK - 32917 | ($4,977.91) |
| OCT 21 2020 | CHECK - 32882 | ($4,734.00) |
| OCT 21 2020 | CHECK - 32910 | ($253.64) |
| OCT 21 2020 | CHECK - 32911 | ($26.99) |
| OCT 20 2020 | CHECK - 32817 | ($2,500.00) |
| OCT 20 2020 | CHECK - 32883 | ($1,721.96) |
| OCT 20 2020 | Loan payment 129-4277 | ($2,193.97) |
| OCT 19 2020 | IRS FISHING VESSEL OWNERS ACH DEBIT USATAXPYMT 270069325818551 | ($4,613.08) |
| OCT 19 2020 | CHECK - 32879 | ($3,075.30) |
| OCT 19 2020 | CHECK - 32878 | ($2,041.16) |
| OCT 19 2020 | CHECK - 32884 | ($669.21) |
| OCT 19 2020 | CHECK - 32877 | ($344.28) |
| OCT 16 2020 | CHECK - 32875 | ($16,874.88) |
| OCT 16 2020 | CHECK - 32876 | ($5,335.32) |
| OCT 16 2020 | CHECK - 32885 | ($2,222.55) |
| OCT 15 2020 | TO XXXXXXXX4524 WE 10102020 | ($13,080.93) |
| OCT 15 2020 | REGULAR DEPOSIT | $20,000.00 |

| OCT 14 2020 | ✇ CHECK - 32881 | ($3,384.65) |
| OCT 14 2020 | ✇ CHECK - 32880 | ($1,709.40) |
| OCT 14 2020 | ✇ CHECK - 32855 | ($539.14) |
| OCT 14 2020 | ✇ CHECK - 32871 | ($95.48) |
| OCT 14 2020 | TO XXXXXXXX5261 FVO CHECK NO 32888 | ($540.00) |
| OCT 14 2020 | FROM XXXXXXXX5261 FVO TRANSFER | $50,000.00 |
| OCT 14 2020 | FROM XXXXXXXX5261 SMW CHECK 8377 | $25,015.63 |
| OCT 13 2020 | ✇ CHECK - 32868 | ($1,903.98) |
| OCT 13 2020 | ✇ CHECK - 32860 | ($497.33) |
| OCT 9 2020 | IRS FISHING VESSEL OWNERS ACH DEBIT USATAXPYMT 270068305430313 | ($4,448.95) |
| OCT 9 2020 | ✇ CHECK - 32864 | ($187.22) |
| OCT 9 2020 | ✇ CHECK - 32867 | ($126.05) |
| OCT 8 2020 | ✇ CHECK - 32805 | ($190.43) |
| OCT 8 2020 | TO XXXXXXXX4524 WE 10032020 | ($12,678.65) |
| OCT 8 2020 | ✇ REGULAR DEPOSIT | $335.00 |
| OCT 8 2020 | ✇ REGULAR DEPOSIT | $1,190.55 |
| OCT 7 2020 | ✇ CHECK - 32874 | ($28,937.16) |

| Date | Description | Amount |
|---|---|---|
| OCT 7 2020 | 🖘 REGULAR DEPOSIT | $12,842.67 |
| OCT 6 2020 | BANKCARD-8566 FISHING VESSEL OWNERS ACH CREDIT BTOT DEP 518089140023938 | $345.05 |
| OCT 5 2020 | IRS FISHING VESSEL OWNERS ACH DEBIT USATAXPYMT 270067915897647 | ($4,533.35) |
| OCT 5 2020 | 🖘 REGULAR DEPOSIT | $14,000.00 |
| OCT 2 2020 | BANKCARD-8566 FISHING VESSEL OWNERS ACH DEBIT MTOT DISC 518089140023938 | ($6.64) |
| OCT 2 2020 | 🖘 REGULAR DEPOSIT | $37,143.20 |
| OCT 1 2020 | 🖘 CHECK - 32839 | ($274.53) |
| OCT 1 2020 | 🖘 CHECK - 32789 | ($208.53) |
| OCT 1 2020 | 🖘 CHECK - 32806 | ($200.00) |
| OCT 1 2020 | WA DEPT ECOLOGY FISHING VESSEL OWNERS ACH DEBIT E-PAYMENT 34973 | ($55.00) |
| OCT 1 2020 | TO XXXXXXXX4524 WE 09262020 | ($12,975.10) |

**Page totals: Credits: [13] $272,149.26 | Debits: [56] ($216,015.88)**



## FVO-GENERAL **4605
Last Updated: 6/3/2021 12:45 PM

$43,402.81
Available Balance

| Start Date | | End Date | | Transaction Type | |
|---|---|---|---|---|---|
| 11/1/2020 | 📅 to | 11/30/2020 | 📅 | | ⌄ |

| Description | | Min Amount | | Max Amount | |
|---|---|---|---|---|---|
| | | $0.00 | to | | $0.00 |

Check #

to

Apply Filters        Reset

| Date | Description | Amount |
|---|---|---|
| NOV 27 2020 | 🔗 CHECK - 32929 | ($4,734.00) |
| NOV 27 2020 | IRS FISHING VESSEL OWNERS ACH DEBIT USATAXPYMT 270073264945265 | ($2,812.79) |
| NOV 27 2020 | WA DEPT REVENUE FISHING VESSEL OWNERS ACH DEBIT TAX PYMT 5650597 | ($1,492.09) |
| NOV 27 2020 | 🔗 CHECK - 32971 | ($559.69) |
| NOV 27 2020 | IRS FISHING VESSEL OWNERS ACH DEBIT USATAXPYMT 270073231743705 | ($333.25) |
| NOV 27 2020 | 🔗 CHECK - 32934 | ($200.00) |
| NOV 25 2020 | 🔗 CHECK - 32922 | ($23,066.58) |

| NOV 25 2020 | WASHINGTON-DSHS FISHING VESSEL OWNERS ACH DEBIT WA53000000 910222340 | ($1,923.64) |
|---|---|---|
| NOV 25 2020 | TO XXXXXXXX4524 WE 11212020 | ($8,715.60) |
| NOV 24 2020 | CHECK - 32945 | ($1,672.19) |
| NOV 24 2020 | CHECK - 32958 | ($1,537.19) |
| NOV 24 2020 | CHECK - 32865 | ($125.39) |
| NOV 24 2020 | CHECK - 32951 | ($88.99) |
| NOV 24 2020 | REGULAR DEPOSIT | $658.98 |
| NOV 23 2020 | CHECK - 32938 | ($3,813.75) |
| NOV 23 2020 | IRS FISHING VESSEL OWNERS ACH DEBIT USATAXPYMT 270072832252086 | ($3,458.06) |
| NOV 23 2020 | CHECK - 32948 | ($2,156.17) |
| NOV 23 2020 | CHECK - 32954 | ($994.66) |
| NOV 23 2020 | CHECK - 32947 | ($252.10) |
| NOV 23 2020 | CHECK - 32960 | ($235.16) |
| NOV 23 2020 | REGULAR DEPOSIT | $338.00 |
| NOV 23 2020 | REGULAR DEPOSIT - 1631018283 | $1,106.51 |
| NOV 20 2020 | CHECK - 32932 | ($3,151.26) |
| NOV 20 2020 | CHECK - 32946 | ($836.79) |

| NOV 20 2020 | Loan payment 129-4277 | ($2,429.04) |
| NOV 20 2020 | REGULAR DEPOSIT | $350.00 |
| NOV 19 2020 | CHECK - 32927 | ($2,764.30) |
| NOV 19 2020 | TO XXXXXXXX4524 WE 11142020 | ($11,383.62) |
| NOV 18 2020 | CHECK - 32968 | ($1,704.43) |
| NOV 18 2020 | CHECK - 32930 | ($1,323.12) |
| NOV 18 2020 | CHECK - 32957 | ($317.10) |
| NOV 18 2020 | CHECK - 32955 | ($286.73) |
| NOV 18 2020 | CHECK - 32956 | ($121.90) |
| NOV 18 2020 | CHECK - 32952 | ($109.00) |
| NOV 17 2020 | CHECK - 32931 | ($669.21) |
| NOV 17 2020 | CHECK - 32924 | ($410.28) |
| NOV 16 2020 | CHECK - 32923 | ($9,798.72) |
| NOV 16 2020 | IRS FISHING VESSEL OWNERS ACH DEBIT USATAXPYMT 270072161289234 | ($4,240.88) |
| NOV 16 2020 | REGULAR DEPOSIT | $25,295.19 |
| NOV 16 2020 | REGULAR DEPOSIT | $34,365.86 |
| NOV 16 2020 | REGULAR DEPOSIT | $34,779.62 |

| Date | Description | Amount |
|---|---|---|
| NOV 16 2020 | FROM XXXXXXXX5261 SMW TRANSFER TO FVO | $30,000.00 |
| NOV 13 2020 | CHECK - 32928 | ($6,394.00) |
| NOV 13 2020 | CHECK - 32925 | ($3,088.37) |
| NOV 12 2020 | CHECK - 32926 | ($5,083.63) |
| NOV 12 2020 | TO XXXXXXXX4524 WE 11072020 | ($12,836.56) |
| NOV 12 2020 | REGULAR DEPOSIT | $539.09 |
| NOV 9 2020 | IRS FISHING VESSEL OWNERS ACH DEBIT USATAXPYMT 270071464003263 | ($4,402.26) |
| NOV 9 2020 | CHECK - 32887 | ($3,326.17) |
| NOV 9 2020 | CHECK - 32933 | ($2,764.95) |
| NOV 9 2020 | REGULAR DEPOSIT | $12,500.00 |
| NOV 5 2020 | CHECK - 32918 | ($21,671.90) |
| NOV 5 2020 | CHECK - 32919 | ($7,265.26) |
| NOV 5 2020 | CHECK - 32886 | ($1,791.26) |
| NOV 5 2020 | TO XXXXXXXX4524 10312020 | ($12,445.86) |
| NOV 4 2020 | CHECK - 32856 | ($5,921.26) |
| NOV 4 2020 | CHECK - 32921 | ($1,445.24) |
| NOV 4 2020 | CHECK - 32853 | ($152.48) |

| NOV 3 2020 | 🖉 CHECK - 32920 | ($9,069.73) |
|---|---|---|
| NOV 2 2020 | IRS FISHING VESSEL OWNERS ACH DEBIT USATAXPYMT 270070764767511 | ($4,457.83) |
| NOV 2 2020 | BANKCARD-8566 FISHING VESSEL OWNERS ACH DEBIT MTOT DISC 518089140023938 | ($10.56) |
| NOV 2 2020 | 🖉 REGULAR DEPOSIT | $14,000.00 |
| NOV 2 2020 | 🖉 REGULAR DEPOSIT | $335.00 |

**Page totals:** Credits: [12] **$154,268.25** | Debits: [51] **($199,845.00)**



## FVO-GENERAL **4605                                    $43,402.81
Last Updated: 6/3/2021 12:45 PM                           Available Balance

| Start Date | | End Date | | Transaction Type |
|---|---|---|---|---|
| 12/1/2020 | | 12/31/2020 | | |

| Description | | | Min Amount | | Max Amount |
|---|---|---|---|---|---|
| | | | $0.00 to | | $0.00 |

**Check #**

to

**Apply Filters**          **Reset**

| Date | Description | Amount |
|---|---|---|
| DEC 31 2020 | WASHINGTON-DSHS FISHING VESSEL OWNERS ACH DEBIT WA53000000 910222340 | ($1,385.75) |
| DEC 30 2020 | CHECK - 32974 | ($344.28) |
| DEC 30 2020 | TO XXXXXXXX4524 Funds Transfer via Online | ($8,063.62) |
| DEC 30 2020 | BANKCARD-8566 FISHING VESSEL OWNERS ACH CREDIT BTOT DEP 518089140023938 | $1,383.45 |
| DEC 29 2020 | CHECK - 32979 | ($4,734.00) |
| DEC 29 2020 | WA DEPT REVENUE FISHING VESSEL OWNERS ACH DEBIT TAX PYMT 5824244 | ($2,725.55) |
| DEC 29 2020 | CHECK - 32980 | ($1,058.50) |

| | | |
|---|---|---|
| DEC 29<br>2020 | CHECK - 32981 | ($669.21) |
| DEC 28<br>2020 | IRS FISHING VESSEL OWNERS ACH DEBIT USATAXPYMT 270076393505139 | ($5,070.93) |
| DEC 28<br>2020 | REGULAR DEPOSIT | $5,440.53 |
| DEC 28<br>2020 | REGULAR DEPOSIT | $737.67 |
| DEC 24<br>2020 | WEX INC Fishing Vessel Owners ACH DEBIT FLEET DEBI 9100008547732 | ($129.28) |
| DEC 23<br>2020 | TO XXXXXXXX4524 Funds Transfer via Online | ($7,474.68) |
| DEC 22<br>2020 | REGULAR DEPOSIT | $46,561.86 |
| DEC 21<br>2020 | IRS FISHING VESSEL OWNERS ACH DEBIT USATAXPYMT 270075635467858 | ($2,145.87) |
| DEC 21<br>2020 | CHECK - 32985 | ($318.12) |
| DEC 21<br>2020 | CHECK - 32984 | ($278.57) |
| DEC 21<br>2020 | CHECK - 32986 | ($261.69) |
| DEC 21<br>2020 | Loan payment 129-4277 | ($2,350.69) |
| DEC 21<br>2020 | REGULAR DEPOSIT | $459.50 |
| DEC 21<br>2020 | FROM XXXXXXXX5261 TRANSFER SMW TO FVO | $2,500.00 |
| DEC 18<br>2020 | CHECK - 32976 | ($4,036.75) |
| DEC 18<br>2020 | CHECK - 32975 | ($2,774.81) |
| DEC 18<br>2020 | SEATTLE LICENSE FISHING VESSEL OWNERS ACH DEBIT TAXPYMT 2663311 | ($1,238.00) |

| DEC 18 2020 | FILELOCAL FISHING VESSEL OWNERS ACH DEBIT PROCESSFEE 2663431 | ($4.00) |
|---|---|---|
| DEC 18 2020 | SEATTLE KUBRAFEE FISHING VESSEL OWNERS ACH DEBIT TAXPYMTFEE 6590880 | ($1.00) |
| DEC 18 2020 | FROM XXXXXXXX5261 TRANSFER SMW TO FVO | $1,000.00 |
| DEC 17 2020 | CHECK - 32953 | ($233.92) |
| DEC 17 2020 | TO XXXXXXXX4524 WE 12122020 | ($6,475.42) |
| DEC 16 2020 | PORT OF SEATTLE FISHING VESSEL OWNERS ACH DEBIT WEB PAY 007518 | ($22,112.76) |
| DEC 16 2020 | CHECK - 32982 | ($2,587.62) |
| DEC 16 2020 | FROM XXXXXXXX5261 TRANSFER SMW TO FVO | $10,000.00 |
| DEC 15 2020 | CHECK - 32973 | ($4,237.63) |
| DEC 14 2020 | IRS FISHING VESSEL OWNERS ACH DEBIT USATAXPYMT 270074995235656 | ($3,235.36) |
| DEC 14 2020 | CHECK - 32978 | ($2,467.25) |
| DEC 14 2020 | CHECK - 32977 | ($2,294.60) |
| DEC 11 2020 | ANALYSIS SERVICE CHARGE | ($25.16) |
| DEC 11 2020 | REGULAR DEPOSIT | $5,000.00 |
| DEC 9 2020 | CHECK - 32941 | ($50.00) |
| DEC 9 2020 | TO XXXXXXXX4524 WE 12052020 | ($10,116.67) |
| DEC 9 2020 | FROM XXXXXXXX5261 Funds trans from SMW to FVO General acct | $10,000.00 |

https://secure... MountainPacificBank online ...account/...                                                       3/4

| Date | Description | Amount |
|---|---|---|
| DEC 7 2020 | IRS FISHING VESSEL OWNERS ACH DEBIT USATAXPYMT 270074292420314 | ($3,018.12) |
| DEC 7 2020 | ✉ CHECK - 32935 | ($80.53) |
| DEC 3 2020 | ✉ CHECK - 32950 | ($256.03) |
| DEC 3 2020 | ✉ CHECK - 32959 | ($140.00) |
| DEC 3 2020 | TO XXXXXXXX4524 WE 11282020 | ($9,164.79) |
| DEC 3 2020 | ✉ REGULAR DEPOSIT | $5,492.00 |
| DEC 3 2020 | FROM XXXXXXXX5261 Funds transfer SMW CK to FVO CK 12032020 | $15,000.00 |
| DEC 2 2020 | ✉ CHECK - 32966 | ($11,470.00) |
| DEC 2 2020 | ✉ CHECK - 32970 | ($9,069.73) |
| DEC 1 2020 | ✉ CHECK - 32962 | ($7,265.26) |
| DEC 1 2020 | ✉ CHECK - 32937 | ($540.39) |
| DEC 1 2020 | ✉ CHECK - 32936 | ($220.00) |
| DEC 1 2020 | ✉ REGULAR DEPOSIT | $4,575.00 |

**Page totals:** Credits: [13] **$108,150.01** | Debits: [41] **($140,126.54)**



## FVO-GENERAL **4605

Last Updated: 6/3/2021 12:45 PM

**$43,402.81**
Available Balance

| Start Date | | End Date | | Transaction Type | |
|---|---|---|---|---|---|
| 1/1/2021 | 📅 to | 1/31/2021 | 📅 | | ⌄ |

| Description | | Min Amount | | Max Amount | |
|---|---|---|---|---|---|
| | | $0.00 | to | | $0.00 |

Check #

to

Apply Filters      Reset

| Date | Description | Amount |
|---|---|---|
| JAN 29 2021 | 🖃 CHECK - 33028 | ($511.43) |
| JAN 29 2021 | 🖃 CHECK - 33027 | ($172.59) |
| JAN 28 2021 | 🖃 CHECK - 33015 | ($349.00) |
| JAN 28 2021 | 🖃 CHECK - 33030 | ($104.40) |
| JAN 28 2021 | TO XXXXXXXX4524 WE 01232020 | ($7,410.85) |
| JAN 27 2021 | WA DEPT REVENUE FISHING VESSEL OWNERS ACH DEBIT TAX PYMT 6100501 | ($5,487.98) |
| JAN 27 2021 | WASHINGTON-DSHS FISHING VESSEL OWNERS ACH DEBIT WA53000000 910222340 | ($938.76) |

| JAN 27 2021 | ⊟ CHECK - 33031 | ($98.25) |
| JAN 27 2021 | IRS FISHING VESSEL OWNERS ACH DEBIT USATAXPYMT 270142782536261 | ($20.71) |
| JAN 27 2021 | ⊟ REGULAR DEPOSIT | $25,565.65 |
| JAN 26 2021 | ⊟ CHECK - 33032 | ($936.43) |
| JAN 26 2021 | ⊟ CHECK - 33036 | ($669.21) |
| JAN 26 2021 | ⊟ CHECK - 33022 | ($140.00) |
| JAN 25 2021 | ⊟ CHECK - 33004 | ($2,300.00) |
| JAN 25 2021 | IRS FISHING VESSEL OWNERS ACH DEBIT USATAXPYMT 270142572289063 | ($2,092.11) |
| JAN 25 2021 | ⊟ CHECK - 33034 | ($1,104.78) |
| JAN 25 2021 | ⊟ REGULAR DEPOSIT | $2,272.44 |
| JAN 22 2021 | ⊟ CHECK - 33023 | ($2,500.00) |
| JAN 21 2021 | ⊟ CHECK - 32987 | ($15,747.22) |
| JAN 21 2021 | ⊟ CHECK - 33017 | ($335.17) |
| JAN 21 2021 | ⊟ CHECK - 33039 | ($316.46) |
| JAN 21 2021 | ⊟ CHECK - 33037 | ($281.35) |
| JAN 21 2021 | ⊟ CHECK - 33038 | ($277.14) |
| JAN 21 2021 | ⊟ CHECK - 32998 | ($200.00) |

| JAN 21 2021 | TO XXXXXXXX4524 WE 01162021 | ($6,541.96) |
| JAN 21 2021 | REGULAR DEPOSIT | $17,769.54 |
| JAN 20 2021 | CHECK - 32994 | ($4,023.90) |
| JAN 20 2021 | CHECK - 33021 | ($2,266.41) |
| JAN 20 2021 | CHECK - 33010 | ($2,169.37) |
| JAN 20 2021 | CHECK - 32995 | ($2,136.58) |
| JAN 20 2021 | CHECK - 32990 | ($1,854.23) |
| JAN 20 2021 | CHECK - 33003 | ($1,280.25) |
| JAN 20 2021 | CHECK - 33013 | ($1,070.80) |
| JAN 20 2021 | CHECK - 32989 | ($344.28) |
| JAN 20 2021 | CHECK - 33001 | ($220.00) |
| JAN 20 2021 | CHECK - 33005 | ($134.32) |
| JAN 20 2021 | Loan payment 129-4277 | ($2,469.11) |
| JAN 19 2021 | CHECK - 33012 | ($3,139.39) |
| JAN 19 2021 | CHECK - 32988 | ($2,836.33) |
| JAN 19 2021 | CHECK - 32997 | ($2,536.38) |
| JAN 19 2021 | CHECK - 32991 | ($2,318.20) |

| JAN 19 2021 | ✏ CHECK - 32999 | ($1,120.16) |
|---|---|---|
| JAN 19 2021 | ✏ CHECK - 32996 | ($669.21) |
| JAN 19 2021 | ✏ CHECK - 33006 | ($100.76) |
| JAN 19 2021 | ✏ REGULAR DEPOSIT | $4,370.97 |
| JAN 19 2021 | ✏ REGULAR DEPOSIT | $26,252.17 |
| JAN 19 2021 | ✏ REGULAR DEPOSIT | $12,156.21 |
| JAN 15 2021 | IRS FISHING VESSEL OWNERS ACH DEBIT USATAXPYMT 270141572214762 | ($2,251.69) |
| JAN 15 2021 | BROADVIEW NA Fishing ACH DEBIT WSC ACH 000000310551986 | ($540.41) |
| JAN 14 2021 | ✏ CHECK - 32992 | ($1,651.65) |
| JAN 14 2021 | ✏ CHECK - 32993 | ($1,237.10) |
| JAN 14 2021 | TO XXXXXXXX4524 WE 01092021 | ($7,042.12) |
| JAN 13 2021 | ✏ REGULAR DEPOSIT | $150,000.00 |
| JAN 12 2021 | ✏ REGULAR DEPOSIT | $15,708.35 |
| JAN 11 2021 | ANALYSIS SERVICE CHARGE | ($27.74) |
| JAN 11 2021 | IRS FISHING VESSEL OWNERS ACH DEBIT USATAXPYMT 270141154501888 | ($2,140.91) |
| JAN 11 2021 | WEX INC Fishing Vessel Owners ACH DEBIT FLEET DEBI 9100008547732 | ($651.17) |
| JAN 11 2021 | ✏ REGULAR DEPOSIT | $335.00 |

| | | |
|---|---|---|
| JAN 11<br>2021 | ⊟ REGULAR DEPOSIT | $1,763.23 |
| JAN 11<br>2021 | ⊟ REGULAR DEPOSIT | $85,192.00 |
| JAN 8<br>2021 | ⊟ REGULAR DEPOSIT | $980.00 |
| JAN 7<br>2021 | FIRST INSURANCE Fishing Vessel Owners ACH DEBIT INSURANCE 900-93100576 | ($9,084.73) |
| JAN 7<br>2021 | TO XXXXXXXX4524 Funds Transfer via Online | ($6,608.62) |
| JAN 5<br>2021 | PORT OF SEATTLE FISHING VESSEL OWNERS ACH DEBIT WEB PAY 007518 | ($29,395.24) |
| JAN 5<br>2021 | ⊟ ADVANCE FROM LOAN #4277 | $15,000.00 |
| JAN 4<br>2021 | ⊟ CHECK - 32972 | ($16,320.63) |
| JAN 4<br>2021 | IRS FISHING VESSEL OWNERS ACH DEBIT USATAXPYMT 270140422230872 | ($2,602.89) |
| JAN 4<br>2021 | BANKCARD-8566 FISHING VESSEL OWNERS ACH DEBIT MTOT DISC 518089140023938 | ($53.57) |
| JAN 4<br>2021 | ⊟ REGULAR DEPOSIT | $19,290.54 |
| JAN 4<br>2021 | ⊟ REGULAR DEPOSIT | $5,319.00 |
| JAN 4<br>2021 | FROM XXXXXXXX5261 SMW TO FVO TRANSFER | $3,000.00 |

**Page totals: Credits: [16] $384,975.10 | Debits: [55] ($158,833.95)**



## FVO-GENERAL **4605
Last Updated: 6/3/2021 12:45 PM

$43,402.81
Available Balance

| Start Date | | End Date | | Transaction Type | |
|---|---|---|---|---|---|
| 2/1/2021 | | to 2/28/2021 | | | |

| Description | | | Min Amount | | Max Amount | |
|---|---|---|---|---|---|---|
| | | | $0.00 | to | | $0.00 |

**Check #**

to

**Apply Filters**          **Reset**

| Date | Description | Amount |
|---|---|---|
| FEB 26 2021 | CHECK - 33100 | ($6,327.35) |
| FEB 26 2021 | CHECK - 33107 | ($3,710.70) |
| FEB 26 2021 | CHECK - 33091 | ($2,500.00) |
| FEB 26 2021 | CHECK - 33109 | ($571.35) |
| FEB 26 2021 | CHECK - 33095 | ($495.57) |
| FEB 26 2021 | CHECK - 33087 | ($377.39) |
| FEB 26 2021 | CHECK - 33089 | ($162.30) |

| | | |
|---|---|---|
| FEB 26 2021 | CHECK - 33104 | ($83.27) |
| FEB 26 2021 | CHECK - 33035 | ($42.26) |
| FEB 25 2021 | CHECK - 33098 | ($5,769.30) |
| FEB 25 2021 | CHECK - 33102 | ($4,825.81) |
| FEB 25 2021 | WASHINGTON-DSHS FISHING VESSEL OWNERS ACH DEBIT WA53000000 910222340 | ($938.76) |
| FEB 25 2021 | TO XXXXXXXX4524 WE 02202021 | ($8,607.03) |
| FEB 24 2021 | CHECK - 33070 | ($9,020.77) |
| FEB 23 2021 | CHECK - 33077 | ($4,734.00) |
| FEB 23 2021 | CHECK - 33078 | ($1,058.50) |
| FEB 23 2021 | CHECK - 33072 | ($344.28) |
| FEB 23 2021 | CHECK - 33044 | ($38.18) |
| FEB 22 2021 | IRS FISHING VESSEL OWNERS ACH DEBIT USATAXPYMT 270145323050901 | ($2,601.98) |
| FEB 22 2021 | CHECK - 33047 | ($260.72) |
| FEB 22 2021 | Loan payment 129-4277 | ($2,511.85) |
| FEB 19 2021 | CHECK - 33142 | ($10,018.33) |
| FEB 19 2021 | CHECK - 33141 | ($9,489.95) |
| FEB 19 2021 | CHECK - 33143 | ($8,691.90) |

| | | |
|---|---|---|
| FEB 19 2021 | CHECK - 33052 | ($1,061.50) |
| FEB 19 2021 | REGULAR DEPOSIT | $6,156.54 |
| FEB 18 2021 | CHECK - 33071 | ($1,577.76) |
| FEB 18 2021 | TO XXXXXXXX4524 WE 02132021 | ($7,992.67) |
| FEB 18 2021 | TO XXXXXXXX4524 HELD PAYROLL CK FROM 2020 | ($7,049.92) |
| FEB 17 2021 | CHECK - 33043 | ($200.00) |
| FEB 17 2021 | CHECK - 33051 | ($180.00) |
| FEB 17 2021 | CHECK - 33050 | ($90.85) |
| FEB 17 2021 | SBA PPP 999700562 1ST DRAW | $251,572.50 |
| FEB 16 2021 | CHECK - 33056 | ($2,116.35) |
| FEB 16 2021 | CHECK - 33075 | ($1,778.70) |
| FEB 16 2021 | CHECK - 33076 | ($1,000.80) |
| FEB 16 2021 | CHECK - 33063 | ($405.17) |
| FEB 16 2021 | CHECK - 33029 | ($79.44) |
| FEB 16 2021 | CHECK - 33066 | ($36.72) |
| FEB 16 2021 | REGULAR DEPOSIT | $25,944.00 |
| FEB 12 2021 | ANALYSIS SERVICE CHARGE | ($7.57) |

| FEB 12<br>2021 | IRS FISHING VESSEL OWNERS ACH DEBIT USATAXPYMT 270144335580296 | ($3,291.88) |
|---|---|---|
| FEB 12<br>2021 | &#9750; CHECK - 33080 | ($2,126.46) |
| FEB 12<br>2021 | &#9750; CHECK - 33074 | ($1,870.98) |
| FEB 12<br>2021 | &#9750; CHECK - 33073 | ($1,202.99) |
| FEB 12<br>2021 | &#9750; CHECK - 33049 | ($184.00) |
| FEB 11<br>2021 | &#9750; CHECK - 33016 | ($1,410.38) |
| FEB 11<br>2021 | &#9750; CHECK - 33054 | ($495.57) |
| FEB 11<br>2021 | &#9750; CHECK - 33045 | ($445.69) |
| FEB 11<br>2021 | TO XXXXXXXX4524 Funds Transfer via Online | ($9,586.95) |
| FEB 10<br>2021 | &#9750; CHECK - 33057 | ($2,618.77) |
| FEB 10<br>2021 | WEX INC Fishing Vessel Owners ACH DEBIT FLEET DEBI 9100008547732 | ($688.78) |
| FEB 10<br>2021 | &#9750; REGULAR DEPOSIT | $4,500.00 |
| FEB 9<br>2021 | &#9750; CHECK - 33067 | ($627.50) |
| FEB 9<br>2021 | &#9750; CHECK - 33024 | ($527.49) |
| FEB 9<br>2021 | BANKCARD-8566 FISHING VESSEL OWNERS ACH CREDIT BTOT DEP 518089140023938 | $345.05 |
| FEB 8<br>2021 | IRS FISHING VESSEL OWNERS ACH DEBIT USATAXPYMT 270143990530078 | ($2,911.79) |
| FEB 8<br>2021 | &#9750; REGULAR DEPOSIT | $12,404.05 |

| FEB 5<br>2021 | 🖘 CHECK - 33042 | ($248.43) |
|---|---|---|
| FEB 4<br>2021 | TO XXXXXXXX4524 Funds Transfer via Online | ($8,670.87) |
| FEB 3<br>2021 | 🖘 REGULAR DEPOSIT | $28,412.64 |
| FEB 2<br>2021 | PORT OF SEATTLE FISHING VESSEL OWNERS ACH DEBIT WEB PAY 007518 | ($29,395.24) |
| FEB 2<br>2021 | 🖘 CHECK - 33040 | ($9,069.73) |
| FEB 2<br>2021 | 🖘 CHECK - 33041 | ($123.94) |
| FEB 2<br>2021 | TO XXXXXXXX5261 TRANSFER MISTY DAWN DEPOSIT TO PROPER CO | ($6,533.91) |
| FEB 1<br>2021 | 🖘 CHECK - 33026 | ($6,349.00) |
| FEB 1<br>2021 | IRS FISHING VESSEL OWNERS ACH DEBIT USATAXPYMT 270143223481680 | ($2,426.28) |
| FEB 1<br>2021 | 🖘 CHECK - 33025 | ($1,968.00) |
| FEB 1<br>2021 | SEATTLEB&OTAX FISHING VESSEL OWNERS ACH DEBIT TAXPYMT 8565327 | ($1,241.25) |
| FEB 1<br>2021 | 🖘 CHECK - 33033 | ($267.64) |
| FEB 1<br>2021 | FILELOCAL FISHING VESSEL OWNERS ACH DEBIT PROCESSFEE 8567588 | ($4.00) |
| FEB 1<br>2021 | SEATTLE KUBRAFEE FISHING VESSEL OWNERS ACH DEBIT TAXPYMTFEE 8541220 | ($1.00) |
| FEB 1<br>2021 | 🖘 REGULAR DEPOSIT | $6,533.91 |

Page totals: Credits: [8] **$335,868.69** | Debits: [65] **($201,047.52)**



## FVO-GENERAL **4605
Last Updated: 6/3/2021 12:45 PM

**$43,402.81**
Available Balance

| Start Date | End Date | Transaction Type |
|---|---|---|
| 3/1/2021 | to 3/31/2021 | |

| Description | Min Amount | Max Amount |
|---|---|---|
| | $0.00 to | $0.00 |

Check #

to

Apply Filters        Reset

| Date | Description | Amount |
|---|---|---|
| MAR 31 2021 | CHECK - 33176 | ($9,069.73) |
| MAR 31 2021 | CHECK - 33171 | ($2,700.00) |
| MAR 31 2021 | CHECK - 33185 | ($2,275.98) |
| MAR 31 2021 | CHECK - 33174 | ($351.30) |
| MAR 31 2021 | CHECK - 33188 | ($232.51) |
| MAR 30 2021 | CHECK - 33181 | ($3,168.44) |
| MAR 30 2021 | CHECK - 33175 | ($1,340.70) |

| | | |
|---|---|---|
| MAR 30<br>2021 | 🖉 CHECK - 33196 | ($496.93) |
| MAR 30<br>2021 | 🖉 REGULAR DEPOSIT | $3,869.98 |
| MAR 29<br>2021 | WA DEPT REVENUE FISHING VESSEL OWNERS ACH DEBIT TAX PYMT 6266278 | ($4,897.44) |
| MAR 29<br>2021 | IRS FISHING VESSEL OWNERS ACH DEBIT USATAXPYMT 270148892509943 | ($2,932.07) |
| MAR 29<br>2021 | 🖉 CHECK - 33187 | ($492.89) |
| MAR 29<br>2021 | 🖉 CHECK - 33197 | ($84.70) |
| MAR 29<br>2021 | 🖉 REGULAR DEPOSIT | $7,000.00 |
| MAR 25<br>2021 | TO XXXXXXXX4524 WE 03202021 | ($8,930.49) |
| MAR 24<br>2021 | BROADVIEW NA Fishing ACH DEBIT WSC ACH 000000314244120 | ($1,949.37) |
| MAR 24<br>2021 | WASHINGTON-DSHS FISHING VESSEL OWNERS ACH DEBIT WA53000000 910222340 | ($938.76) |
| MAR 22<br>2021 | IRS FISHING VESSEL OWNERS ACH DEBIT USATAXPYMT 270148182433700 | ($2,583.36) |
| MAR 22<br>2021 | Loan payment 129-4277 | ($2,268.77) |
| MAR 19<br>2021 | 🖉 CHECK - 33166 | ($1,734.49) |
| MAR 19<br>2021 | 🖉 CHECK - 33163 | ($547.44) |
| MAR 19<br>2021 | 🖉 CHECK - 33164 | ($69.35) |
| MAR 18<br>2021 | 🖉 CHECK - 33149 | ($11,702.55) |
| MAR 18<br>2021 | 🖉 CHECK - 33158 | ($669.21) |

| Date | Description | Amount |
|---|---|---|
| MAR 18 2021 | CHECK - 33151 | ($344.28) |
| MAR 18 2021 | TO XXXXXXXX4524 WE 03132021 | ($7,937.55) |
| MAR 17 2021 | CHECK - 33156 | ($4,734.00) |
| MAR 17 2021 | CHECK - 33157 | ($1,058.50) |
| MAR 17 2021 | REGULAR DEPOSIT | $2,500.00 |
| MAR 15 2021 | CHECK - 33162 | ($16,000.00) |
| MAR 15 2021 | CHECK - 33161 | ($15,000.00) |
| MAR 15 2021 | IRS FISHING VESSEL OWNERS ACH DEBIT USATAXPYMT 270147480539748 | ($2,677.08) |
| MAR 15 2021 | CHECK - 33150 | ($1,699.85) |
| MAR 15 2021 | CHECK - 33094 | ($901.85) |
| MAR 12 2021 | CHECK - 33084 | ($4,183.98) |
| MAR 12 2021 | CHECK - 33153 | ($2,934.60) |
| MAR 12 2021 | CHECK - 33159 | ($2,638.86) |
| MAR 12 2021 | CHECK - 33154 | ($2,240.70) |
| MAR 12 2021 | CHECK - 33152 | ($1,921.56) |
| MAR 12 2021 | CHECK - 33155 | ($1,039.03) |
| MAR 11 2021 | CHECK - 33110 | ($3,092.62) |

| Date | Description | Amount |
|---|---|---|
| MAR 11 2021 | ✎ CHECK - 33106 | ($1,459.00) |
| MAR 11 2021 | ✎ CHECK - 33140 | ($118.48) |
| MAR 11 2021 | ✎ CHECK - 33053 | ($109.76) |
| MAR 11 2021 | TO XXXXXXXX4524 WE 03062021 | ($8,063.85) |
| MAR 10 2021 | WEX INC Fishing Vessel Owners ACH DEBIT FLEET DEBI 9100008547732 | ($563.10) |
| MAR 10 2021 | ✎ CHECK - 33082 | ($243.09) |
| MAR 10 2021 | ✎ CHECK - 33064 | ($160.00) |
| MAR 10 2021 | ✎ CHECK - 33093 | ($111.90) |
| MAR 10 2021 | INC WIRE ALEXIS MARINE HOLDINGS LLC | $25,047.77 |
| MAR 9 2021 | ✎ CHECK - 33144 | ($424.44) |
| MAR 9 2021 | ✎ CHECK - 33103 | ($316.52) |
| MAR 8 2021 | IRS FISHING VESSEL OWNERS ACH DEBIT USATAXPYMT 270146791444643 | ($2,867.31) |
| MAR 8 2021 | ✎ CHECK - 33092 | ($2,544.66) |
| MAR 8 2021 | ✎ CHECK - 33058 | ($1,780.74) |
| MAR 8 2021 | ✎ CHECK - 33139 | ($126.05) |
| MAR 5 2021 | ✎ REGULAR DEPOSIT | $737.67 |
| MAR 5 2021 | BANKCARD-8566 FISHING VESSEL OWNERS ACH CREDIT BTOT DEP 518089140023938 | $739.03 |

| MAR 4 2021 | TO XXXXXXXX4524 WE 03062021 | ($8,836.84) |
|---|---|---|
| MAR 3 2021 | ⊟ CHECK - 33146 | ($9,069.73) |
| MAR 3 2021 | ⊟ CHECK - 33086 | ($192.00) |
| MAR 2 2021 | PORT OF SEATTLE FISHING VESSEL OWNERS ACH DEBIT WEB PAY 007518 | ($29,395.24) |
| MAR 2 2021 | ⊟ CHECK - 33083 | ($440.00) |
| MAR 2 2021 | ⊟ CHECK - 33081 | ($420.00) |
| MAR 2 2021 | ⊟ CHECK - 33148 | ($200.00) |
| MAR 2 2021 | BANKCARD-8566 FISHING VESSEL OWNERS ACH DEBIT MTOT DISC 518089140023938 | ($12.61) |
| MAR 1 2021 | IRS FISHING VESSEL OWNERS ACH DEBIT USATAXPYMT 270146044645343 | ($2,986.57) |
| MAR 1 2021 | WA DEPT REVENUE FISHING VESSEL OWNERS ACH DEBIT TAX PYMT 6101775 | ($1,224.00) |
| MAR 1 2021 | ⊟ CHECK - 33088 | ($1,061.41) |
| MAR 1 2021 | ⊟ CHECK - 33090 | ($788.64) |
| MAR 1 2021 | ⊟ CHECK - 33079 | ($669.21) |
| MAR 1 2021 | ⊟ CHECK - 33097 | ($573.20) |
| MAR 1 2021 | ⊟ REGULAR DEPOSIT | $20,171.50 |
| MAR 1 2021 | ⊟ REGULAR DEPOSIT | $1,517.23 |
| MAR 1 2021 | ⊟ REGULAR DEPOSIT | $5,926.51 |

**Page totals:** Credits: [9] **$67,509.69** | Debits: [66] **($202,599.29)**

# EXHIBIT B

SEATTLE MARINE WORKS

ACCOUNT 5261 DISBURSEMENT ACTIVITY



## SMW-GENERAL **5261
Last Updated: 6/3/2021 12:45 PM

**$57,528.63**
Available Balance

| Start Date | End Date | Transaction Type |
|---|---|---|
| 10/1/2020 | to  10/31/2020 | |

| Description | Min Amount | Max Amount |
|---|---|---|
| | $0.00  to | $0.00 |

Check #

to

Apply Filters          Reset

| Date | Description | Amount |
|---|---|---|
| OCT 30 2020 | 💳 CHECK - 8378 | ($56.46) |
| OCT 30 2020 | 💳 REGULAR DEPOSIT | $198.00 |
| OCT 29 2020 | 💳 CHECK - 8379 | ($53.53) |
| OCT 29 2020 | TO XXXXXXXX4605 Funds Transfer via Online | ($75,000.00) |
| OCT 28 2020 | WA DEPT REVENUE SEATTLE MACHINE WORKS, ACH DEBIT TAX PYMT 5766324 | ($468.03) |
| OCT 26 2020 | IRS SEATTLE MACHINE WORKS ACH DEBIT USATAXPYMT 270070012706564 | ($462.11) |
| OCT 26 2020 | 💳 REGULAR DEPOSIT | $65,618.80 |

| Date | Description | Amount |
|---|---|---|
| OCT 26 2020 | ⊟ REGULAR DEPOSIT | $2,871.00 |
| OCT 22 2020 | ⊟ Keith Templer VCC Credit 9094 & 9979 | $3.79 |
| OCT 21 2020 | ⊟ CHECK - 16141 | ($1,251.39) |
| OCT 21 2020 | ⊟ CHECK - 8375 | ($839.36) |
| OCT 21 2020 | ⊟ CHECK - 8384 | ($458.49) |
| OCT 21 2020 | ⊟ CHECK - 16140 | ($353.20) |
| OCT 21 2020 | ⊟ CHECK - 8382 | ($306.24) |
| OCT 21 2020 | ⊟ CHECK - 8383 | ($135.31) |
| OCT 20 2020 | ⊟ CHECK - 8370 | ($599.18) |
| OCT 19 2020 | ⊟ CHECK - 8373 | ($1,474.62) |
| OCT 19 2020 | IRS SEATTLE MACHINE WORKS ACH DEBIT USATAXPYMT 270069380881145 | ($462.11) |
| OCT 16 2020 | ⊟ CHECK - 8374 | ($89.55) |
| OCT 14 2020 | ⊟ CHECK - 8371 | ($162.85) |
| OCT 14 2020 | TO XXXXXXXX4605 FVO TRANSFER | ($50,000.00) |
| OCT 14 2020 | TO XXXXXXXX4605 SMW CHECK 8377 | ($25,015.63) |
| OCT 14 2020 | FROM XXXXXXXX4605 FVO CHECK NO 32888 | $540.00 |
| OCT 13 2020 | ⊟ REGULAR DEPOSIT | $65,912.83 |

| OCT 9 2020 | ANALYSIS SERVICE CHARGE | ($69.90) |
| OCT 9 2020 | IRS SEATTLE MACHINE WORKS ACH DEBIT USATAXPYMT 270068312425619 | ($355.31) |
| OCT 7 2020 | &#9758; Visa Credit Card Credit From 7411 | $4.38 |
| OCT 5 2020 | &#9758; CHECK - 16139 | ($1,280.05) |
| OCT 5 2020 | &#9758; CHECK - 16138 | ($1,280.05) |
| OCT 5 2020 | IRS SEATTLE MACHINE WORKS ACH DEBIT USATAXPYMT 270067994135077 | ($477.39) |
| OCT 2 2020 | &#9758; REGULAR DEPOSIT | $1,336.50 |
| OCT 1 2020 | WA DEPT ECOLOGY SEATTLE MACHINE WORKS ACH DEBIT E-PAYMENT 34975 | ($55.00) |

**Page totals:** Credits: [8] **$136,485.30** | Debits: [24] **($160,705.76)**



## SMW-GENERAL **5261

Last Updated: 6/3/2021 12:45 PM

$57,528.63
Available Balance

| Start Date | End Date | Transaction Type |
|---|---|---|
| 11/1/2020 | to 11/30/2020 | |

| Description | Min Amount | Max Amount |
|---|---|---|
| | $0.00 to | $0.00 |

Check #

to

Apply Filters      Reset

| Date | Description | Amount |
|---|---|---|
| NOV 27 2020 | IRS SEATTLE MACHINE WORKS ACH DEBIT USATAXPYMT 270073230265497 | ($477.39) |
| NOV 27 2020 | WA DEPT REVENUE SEATTLE MACHINE WORKS, ACH DEBIT TAX PYMT 5785064 | ($437.53) |
| NOV 25 2020 | CHECK - 8388 | ($163.00) |
| NOV 23 2020 | CHECK - 16146 | ($1,394.77) |
| NOV 23 2020 | IRS SEATTLE MACHINE WORKS ACH DEBIT USATAXPYMT 270072830408411 | ($538.41) |
| NOV 23 2020 | REGULAR DEPOSIT | $5,984.43 |
| NOV 18 2020 | CHECK - 16145 | ($523.79) |

| NOV 18 2020 | ⊟ CHECK - 8389 | ($162.06) |
|---|---|---|
| NOV 18 2020 | ⊟ CHECK - 8390 | ($25.90) |
| NOV 16 2020 | IRS SEATTLE MACHINE WORKS ACH DEBIT USATAXPYMT 270072145126247 | ($477.39) |
| NOV 16 2020 | ⊟ CHECK - 8386 | ($89.55) |
| NOV 16 2020 | TO XXXXXXXX4605 SMW TRANSFER TO FVO | ($30,000.00) |
| NOV 13 2020 | ANALYSIS SERVICE CHARGE | ($45.44) |
| NOV 13 2020 | ⊟ CHECK - 8385 | ($1,474.62) |
| NOV 13 2020 | ⊟ CHECK - 8387 | ($1,165.21) |
| NOV 13 2020 | ⊟ REGULAR DEPOSIT | $300.55 |
| NOV 10 2020 | ⊟ REGULAR DEPOSIT | $196.00 |
| NOV 9 2020 | ⊟ CHECK - 16144 | ($1,280.05) |
| NOV 9 2020 | IRS SEATTLE MACHINE WORKS ACH DEBIT USATAXPYMT 270071443520623 | ($477.39) |
| NOV 4 2020 | ⊟ CHECK - 8372 | ($1,030.60) |
| NOV 4 2020 | ⊟ CHECK - 8376 | ($848.42) |
| NOV 4 2020 | ⊟ CHECK - 8381 | ($731.51) |
| NOV 3 2020 | ⊟ CHECK - 16143 | ($1,251.39) |
| NOV 3 2020 | ⊟ CHECK - 16142 | ($1,251.39) |

| | | |
|---|---|---:|
| NOV 3 2020 | &#128279; CHECK - 8380 | ($163.00) |
| NOV 2 2020 | IRS SEATTLE MACHINE WORKS ACH DEBIT USATAXPYMT 270070711151158 | ($462.11) |
| NOV 2 2020 | &#128279; REGULAR DEPOSIT | $1,013.97 |

**Page totals:** Credits: [4] **$7,494.95** | Debits: [23] **($44,470.92)**



## SMW-GENERAL **5261
Last Updated: 6/3/2021 12:45 PM

**$57,528.63**
Available Balance

| Start Date | | End Date | | Transaction Type | |
|---|---|---|---|---|---|
| 12/1/2020 | 📅 to | 12/31/2020 | 📅 | | ⌄ |

| Description | | Min Amount | | Max Amount | |
|---|---|---|---|---|---|
| | | $0.00 to | | $0.00 | |

Check #

to

Apply Filters          Reset

| Date | Description | Amount |
|---|---|---|
| DEC 29 2020 | WA DEPT REVENUE SEATTLE MACHINE WORKS, ACH DEBIT TAX PYMT 5960710 | ($555.73) |
| DEC 28 2020 | CHECK - 16152 | ($1,394.77) |
| DEC 28 2020 | IRS SEATTLE MACHINE WORKS ACH DEBIT USATAXPYMT 270076340176950 | ($538.41) |
| DEC 23 2020 | CHECK - 8399 | ($2,510.42) |
| DEC 23 2020 | REGULAR DEPOSIT | $1,209.21 |
| DEC 21 2020 | IRS SEATTLE MACHINE WORKS ACH DEBIT USATAXPYMT 270075681320830 | ($416.35) |
| DEC 21 2020 | CHECK - 8394 | ($168.78) |

| DEC 21 2020 | ✎ CHECK - 8395 | ($29.64) |
|---|---|---|
| DEC 21 2020 | TO XXXXXXXX4605 TRANSFER SMW TO FVO | ($2,500.00) |
| DEC 18 2020 | ✎ CHECK - 16151 | ($1,165.35) |
| DEC 18 2020 | SEATTLE LICENSE SEATTLE MACHINE WORKS ACH DEBIT TAXPYMT 2663315 | ($515.00) |
| DEC 18 2020 | FILELOCAL SEATTLE MACHINE WORKS ACH DEBIT PROCESSFEE 2663437 | ($4.00) |
| DEC 18 2020 | SEATTLE KUBRAFEE SEATTLE MACHINE WORKS ACH DEBIT TAXPYMTFEE 6590872 | ($1.00) |
| DEC 18 2020 | TO XXXXXXXX4605 TRANSFER SMW TO FVO | ($1,000.00) |
| DEC 16 2020 | ✎ CHECK - 8393 | ($916.76) |
| DEC 16 2020 | TO XXXXXXXX4605 TRANSFER SMW TO FVO | ($10,000.00) |
| DEC 15 2020 | ✎ CHECK - 8392 | ($89.55) |
| DEC 14 2020 | ✎ CHECK - 8391 | ($1,474.62) |
| DEC 14 2020 | IRS SEATTLE MACHINE WORKS ACH DEBIT USATAXPYMT 270074933085767 | ($907.00) |
| DEC 11 2020 | ANALYSIS SERVICE CHARGE | ($53.91) |
| DEC 11 2020 | ✎ CHECK - 16149 | ($1,250.00) |
| DEC 11 2020 | ✎ CHECK - 16150 | ($652.86) |
| DEC 9 2020 | TO XXXXXXXX4605 Funds trans from SMW to FVO General acct | ($10,000.00) |
| DEC 7 2020 | ✎ CHECK - 16148 | ($1,280.05) |

| Date | Description | Amount |
|---|---|---|
| DEC 7 2020 | IRS SEATTLE MACHINE WORKS ACH DEBIT USATAXPYMT 270074281350859 | ($477.39) |
| DEC 4 2020 | ✏ REGULAR DEPOSIT | $24,691.56 |
| DEC 3 2020 | TO XXXXXXXX4605 Funds transfer SMW CK to FVO CK 12032020 | ($15,000.00) |
| DEC 1 2020 | ✏ CHECK - 16147 | ($1,280.05) |

**Page totals:** Credits: [2] **$25,900.77** | Debits: [26] **($54,181.64)**



## SMW-GENERAL **5261

**$57,528.63**
Available Balance

Last Updated: 6/3/2021 12:45 PM

**Start Date**

1/1/2021 to 1/31/2021

**End Date**

**Transaction Type**

**Description**

**Min Amount** **Max Amount**

$0.00 to $0.00

**Check #**

to

Apply Filters          Reset

| Date | Description | Amount |
|------|-------------|--------|
| JAN 29 2021 | CHECK - 8403 | ($60.77) |
| JAN 27 2021 | WA DEPT REVENUE SEATTLE MACHINE WORKS, ACH DEBIT TAX PYMT 6037000 | ($213.50) |
| JAN 25 2021 | IRS SEATTLE MACHINE WORKS ACH DEBIT USATAXPYMT 270142590170426 | ($414.49) |
| JAN 25 2021 | REGULAR DEPOSIT | $722.21 |
| JAN 22 2021 | CHECK - 16156 | ($1,167.21) |
| JAN 21 2021 | CHECK - 8404 | ($189.94) |
| JAN 21 2021 | ATT SEATTLE MACHINE WORKs ACH DEBIT Payment 103106003MBC1P | ($163.00) |

| | | |
|---|---|---|
| JAN 21<br>2021 | 🖉 CHECK - 8405 | ($55.15) |
| JAN 19<br>2021 | 🖉 CHECK - 8402 | ($1,090.05) |
| JAN 19<br>2021 | 🖉 CHECK - 16155 | ($496.99) |
| JAN 19<br>2021 | 🖉 CHECK - 8401 | ($89.55) |
| JAN 15<br>2021 | 🖉 CHECK - 8400 | ($1,474.62) |
| JAN 15<br>2021 | IRS SEATTLE MACHINE WORKS ACH DEBIT USATAXPYMT 270141572749268 | ($460.25) |
| JAN 15<br>2021 | 🖉 REGULAR DEPOSIT | $10,578.36 |
| JAN 13<br>2021 | 🖉 REGULAR DEPOSIT | $594.00 |
| JAN 11<br>2021 | ANALYSIS SERVICE CHARGE | ($85.24) |
| JAN 11<br>2021 | 🖉 CHECK - 16154 | ($1,052.50) |
| JAN 11<br>2021 | IRS SEATTLE MACHINE WORKS ACH DEBIT USATAXPYMT 270141190639958 | ($353.45) |
| JAN 4<br>2021 | 🖉 CHECK - 16153 | ($1,050.64) |
| JAN 4<br>2021 | IRS SEATTLE MACHINE WORKS ACH DEBIT USATAXPYMT 270140443547780 | ($355.31) |
| JAN 4<br>2021 | TO XXXXXXXX4605 SMW TO FVO TRANSFER | ($3,000.00) |
| JAN 4<br>2021 | 🖉 REGULAR DEPOSIT | $4,363.01 |

**Page totals:** Credits: [4] **$16,257.58** | Debits: [18] **($11,772.66)**

Case 19-13502-MLB    Doc 257    Filed 06/04/21    Ent. 06/04/21 14:24:18    Pg. 46 of 54



## SMW-GENERAL **5261

Last Updated: 6/3/2021 12:45 PM

**$57,528.63**
Available Balance

| | | |
|---|---|---|
| **Start Date** | **End Date** | **Transaction Type** |
| 2/1/2021 | to 2/28/2021 | |

| | | | |
|---|---|---|---|
| **Description** | | **Min Amount** | **Max Amount** |
| | | $0.00 to | $0.00 |

**Check #**

     to

**Apply Filters**      **Reset**

| Date | Description | Amount |
|---|---|---|
| FEB 26 2021 | CHECK - 8410 | ($3,114.90) |
| FEB 26 2021 | CHECK - 16161 | ($1,281.91) |
| FEB 26 2021 | CHECK - 8412 | ($975.50) |
| FEB 24 2021 | REGULAR DEPOSIT | $2,504.92 |
| FEB 22 2021 | CHECK - 16160 | ($1,224.57) |
| FEB 22 2021 | IRS SEATTLE MACHINE WORKS ACH DEBIT USATAXPYMT 270145305197721 | ($444.99) |
| FEB 19 2021 | CHECK - 8424 | ($6,511.68) |

| Date | Description | Amount |
|---|---|---|
| FEB 19 2021 | 🖅 CHECK - 8423 | ($5,728.92) |
| FEB 18 2021 | ATT SEATTLE MACHINE WORKS ACH DEBIT Payment 801628003MBC1R | ($163.55) |
| FEB 17 2021 | 🖅 CHECK - 16159 | ($525.65) |
| FEB 17 2021 | 🖅 SBA PPP 999700563 1ST DRAW | $36,687.50 |
| FEB 16 2021 | 🖅 CHECK - 8407 | ($89.55) |
| FEB 16 2021 | 🖅 REGULAR DEPOSIT | $396.00 |
| FEB 12 2021 | ANALYSIS SERVICE CHARGE | ($87.58) |
| FEB 12 2021 | 🖅 CHECK - 8406 | ($1,474.62) |
| FEB 12 2021 | 🖅 CHECK - 8408 | ($816.14) |
| FEB 12 2021 | IRS SEATTLE MACHINE WORKS ACH DEBIT USATAXPYMT 270144372573251 | ($475.53) |
| FEB 9 2021 | 🖅 CHECK - 16158 | ($1,303.44) |
| FEB 8 2021 | IRS SEATTLE MACHINE WORKS ACH DEBIT USATAXPYMT 270143904904542 | ($486.97) |
| FEB 8 2021 | 🖅 REGULAR DEPOSIT | $490.05 |
| FEB 2 2021 | FROM XXXXXXXX4605 TRANSFER MISTY DAWN DEPOSIT TO PROPER CO | $6,533.91 |
| FEB 1 2021 | 🖅 CHECK - 16157 | ($1,253.26) |
| FEB 1 2021 | IRS SEATTLE MACHINE WORKS ACH DEBIT USATAXPYMT 270143254797014 | ($460.26) |
| FEB 1 2021 | SEATTLEB&OTAX SEATTLE MACHINE WORKS ACH DEBIT TAXPYMT 5257138 | ($277.61) |

| FEB 1 2021 | FILELOCAL SEATTLE MACHINE WORKS ACH DEBIT PROCESSFEE 5257763 | ($4.00) |
| FEB 1 2021 | SEATTLE KUBRAFEE SEATTLE MACHINE WORKS ACH DEBIT TAXPYMTFEE 9816047 | ($1.00) |
| FEB 1 2021 | &#128179; REGULAR DEPOSIT | $23,986.41 |

**Page totals:** Credits: [6] **$70,598.79** | Debits: [21] **($26,701.63)**



## SMW-GENERAL **5261                                      $57,528.63
Last Updated: 6/3/2021 12:45 PM                              Available Balance

| Start Date | | End Date | | Transaction Type | |
|---|---|---|---|---|---|
| 3/1/2021 | | to  3/31/2021 | | | |

| Description | | | | | |
|---|---|---|---|---|---|
| | | | Min Amount | | Max Amount |
| | | | $0.00 to | | $0.00 |

| Check # | | | | | |
|---|---|---|---|---|---|
| | | to | | | |

Apply Filters          Reset

| Date | Description | Amount |
|---|---|---|
| MAR 29 2021 | CHECK - 16165 | ($1,251.21) |
| MAR 29 2021 | IRS SEATTLE MACHINE WORKS ACH DEBIT USATAXPYMT 270148801913682 | ($459.17) |
| MAR 29 2021 | WA DEPT REVENUE SEATTLE MACHINE WORKS, ACH DEBIT TAX PYMT 6443942 | ($344.98) |
| MAR 29 2021 | REGULAR DEPOSIT | $10,742.73 |
| MAR 22 2021 | CHECK - 16164 | ($1,309.95) |
| MAR 22 2021 | IRS SEATTLE MACHINE WORKS ACH DEBIT USATAXPYMT 270148195543854 | ($490.45) |
| MAR 19 2021 | CHECK - 8431 | ($930.47) |

| Date | Description | Amount |
|---|---|---|
| MAR 19 2021 | CHECK - 8430 | ($797.22) |
| MAR 15 2021 | CHECK - 8426 | ($1,474.62) |
| MAR 15 2021 | CHECK - 16163 | ($807.83) |
| MAR 15 2021 | IRS SEATTLE MACHINE WORKS ACH DEBIT USATAXPYMT 270147472248251 | ($551.38) |
| MAR 15 2021 | CHECK - 8427 | ($89.55) |
| MAR 12 2021 | ANALYSIS SERVICE CHARGE | ($81.11) |
| MAR 12 2021 | CHECK - 8428 | ($886.03) |
| MAR 8 2021 | IRS SEATTLE MACHINE WORKS ACH DEBIT USATAXPYMT 270146702745244 | ($365.39) |
| MAR 8 2021 | CHECK - 8409 | ($215.15) |
| MAR 5 2021 | CHECK - 16162 | ($1,074.93) |
| MAR 3 2021 | CHECK - 8425 | ($176.00) |
| MAR 3 2021 | CHECK - 8413 | ($169.76) |
| MAR 2 2021 | CHECK - 8411 | ($217.75) |
| MAR 1 2021 | IRS SEATTLE MACHINE WORKS ACH DEBIT USATAXPYMT 270146085643266 | ($475.53) |
| MAR 1 2021 | WA DEPT REVENUE SEATTLE MACHINE WORKS, ACH DEBIT TAX PYMT 6166862 | ($123.38) |
| MAR 1 2021 | REGULAR DEPOSIT | $25,345.98 |

**Page totals:** Credits: [2] **$36,088.71** | Debits: [21] **($12,291.86)**

# EXHIBIT C

UNSECURED CLAIMS PAYMENT INFO

## EXHIBIT C

| Claimant | Paid | Ck # | |
|---|---|---|---|
| IRS | | None | |
| Uline | $ 169.93 | 33198 | Jan-21 |
| Fisheries Supply | $ 1,061.41 | 33088 | Jan-21 |
| Kruger & Sons | $ 248.31 | 31869 | 2020 |
| Seattle Public Utilities | $ 1,255.53 | Multiple | |
| Seattle Marine & Fishing Supply | $ 9,834.37 | Multiple | |
| Fisheries Supply | | Duplicate | |
| Dehn Engineering | $ 90.85 | 33050 | Jan-21 |
| Ballard Industrial | $ 445.69 | 33045 | Jan-21 |
| Puget Sound Energy | $ 11,556.51 | Multiple | |
| TK Industries Inc. | $ 4,179.80 | Multiple | |
| Allstream | $ 38.18 | 33044 | Jan-21 |
| Covich Williams | $ 377.39 | 33087 | 2/18/2021 |
| Windstream | $ 260.72 | 33047 | Jan-21 |
| Alma Insurance | | None | |
| Ballard Maintenance Service | | PAID 2019 | |
| Boilermakers National | $ 4,183.98 | 33084 | Jan-21 |
| Broadview Networks | | PAID 2019 | |
| Café Appassionato | | PAID 2019 | |
| Carrothers & Co PLLC | | None | |
| Central Welding Supply | | None' | |
| City of Seattle (light) | $ 16,923.11 | Multiple | |
| Cocentra | $ 184.00 | 33049 | Jan-21 |
| Dept. of Ecology | $ 11,470.00 | 11-15.20 | |
| International Paint | $ 1,445.02 | 32921 | 11/1/2020 |
| Kavi Marketplace | $ 5,964.67 | Multiple | |
| Kemel USA | $ 7,640.00 | 32216 | 1/15/2020 |

# EXHIBIT C

| Claimant | Paid | Ck # | |
|---|---|---|---|
| Les Schwab | $ 134.32 | 33005 | Jan-21 |
| McMaster-Carr | $ 36.72 | 33066 | Jan-21 |
| North Star Insurance Services | | None | |
| NW Employees Retirement | $ 2,544.66 | 33092 | Jan-20 |
| Occupational Health Center WA | $ 184.00 | 33049 | Jan-21 |
| Philips Publishing | $ 901.85 | 33094 | Jan-21 |
| Port of Seattle | $ 21,795.78 | Oct, Nov, Dec 2020 | |
| Puget Sound Energy | $ 11,556.51 | Multiple | |
| Rasmussen Equipment Co. | $ 1,651.50 | 32772 | 10/30/2020 |
| Recology Clean Scapes | | None | |
| Seattle Machine Works | | 2020 | |
| Sound Marine & Industrial | | None | |
| Tacoma Screw Products | | None | |
| Target Service and Supply | $ 296.17 | 296 | |
| Thorsen Barnett & McDonald | $ 160.00 | 33064 | Jan-21 |
| Unum Life Insurance Co. | | PAID 2019 | |
| Western Metal Industry Pension | $ 3,710.70 | 33107 | Jan-21 |
| TOTAL FVO | $ 120,301.68 | | |
| | | | |
| ATT | $ - | Early 2020 | |
| Carrothers & Co | $ 7,149.00 | | |
| Phillips | $ - | None | |
| Western Metal Ind Pension | $975.50 | 44245 | |
| TOTAL SMW | $ 8,124.50 | | |