**Below is the Order of the Court.**

_____
**Marc Barreca
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>FISHING VESSEL OWNERS MARINE WAYS, INC.,<br><br>    Debtor. | Lead Case No. 19-13502<br><br>(Jointly Administered with Case No. 19-13504) |
| In re<br><br>SEATTLE MACHINE WORKS<br><br>    Debtor. | ORDER ALLOWING AND DISALLOWING CLAIMS |

This matter came before the Court upon the Motion for Order Allowing and Disallowing Claims (the "Motion") filed by Fishing Vessel Owners Marine Ways, Inc. ("FVO") and Seattle Machine Works ("SMW") (each, a "Debtor" and together, the "Debtors). The Court has reviewed the files and records herein and finds that cause exists for the requested relief. Now, therefore, it is hereby

ORDER ALLOWING AND DISALLOWING CLAIMS – Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ef30h7017n

Case 19-13502-MLB    Doc 265    Filed 07/01/21    Ent. 07/01/21 12:19:11    Pg. 1 of 5

**ORDERED:**

1. The Motion is granted;

2. Mountain Pacific Bank is allowed a secured claim with a balance of $11,611.06 as of May 25, 2021 with respect to the credit cards, to be treated in accordance with the confirmed plan of reorganization (Class 2) and a secured claim with a balance of 455,000 as of May 25, 2021 with respect to the line of credit, to be treated in accordance with the confirmed plan of reorganization (Class 1). Additionally, amounts incurred subsequent to the Effective Date of the confirmed plan of reorganization on FVO's line of credit and/or the credit cards held by FVO issued by Mountain Pacific Bank prepetition shall continue to be secured to the same extent as they were secured prepetition.

3. The prepetition claim asserted by the Internal Revenue Service ("IRS") against FVO in the amount of $3,072 as of the Petition Date has since been paid in full and thus, is allowed in the amount of $0, and the IRS holds no further prepetition claim against FVO.

4. The prepetition claim asserted by the Washington State Department of Revenue ("DOR") against FVO in the amount of $2,445.87 as of the Petition Date has since been paid in full and thus, is allowed in the amount of $0, and DOR holds no further prepetition claim against FVO.

5. The prepetition claim scheduled by FVO in favor of King County Treasury has since been paid in full and thus, is allowed in the amount of $0, and King County Treasury holds no further prepetition claim against FVO.

6. The prepetition claims asserted by or scheduled by FVO in favor of the following claimants as of the Petition Date have since been paid in full and thus, each are allowed in the amount of $0, and the claimants hold no further prepetition claims against FVO.

ORDER ALLOWING AND DISALLOWING CLAIMS –
Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ef30h7017n

Case 19-13502-MLB    Doc 265    Filed 07/01/21    Ent. 07/01/21 12:19:11    Pg. 2 of 5

| POC No. or Scheduled | Amount | Claimant | Proposed Allowed Amount |
|---|---:|---|---|
| 1 | $14.77 | IRS | $0 |
| 2 | $166.93 | Uline | $0 |
| 3 | $1,061.41 | Fisheries Supply | $0 |
| 4 | $1,862.62 | Kruger & Sons | $0 |
| 5 | $873.45 | Seattle Public Utilities | $0 |
| 6 | $4,599.06 | Seattle Marine & Fishing Supply | $0 |
| 7 | $1,061.4 | Fisheries Supply | $0 |
| 8 | $90.85 | Dehn Engineering | $0 |
| 9 | $445.69 | Ballard Industrial | $0 |
| 10 | $208.85 | Puget Sound Energy | $0 |
| 11 | $4,179.80 | TK Industries Inc. | $0 |
| 12 | $38.18 | Allstream | $0 |
| 15 | $1,537.80 | Covich Williams | $0 |
| 16 | $260.72 | Windstream | $0 |
| Sch | $6,000 | Alma Insurance | $0 |
| Sch | $492.00 | Ballard Maintenance Service | $0 |
| Sch | $4,183.98 | Boilermakers National | $0 |
| Sch | $521.43 | Broadview Networks | $0 |
| Sch | $100.00 | Café Appassionato | $0 |
| Sch | $18,540.00 | Carrothers & Co PLLC | $0 |
| Sch | $1,876.46 | Central Welding Supply | $0 |
| Sch | $1,876.56 | City of Seattle (light) | $0 |
| Sch | $184.00 | Cocentra | $0 |
| Sch | $10,880.00 | Dept. of Ecology | $0 |
| Sch | $1,445.24 | International Paint | $0 |
| Sch | $5,964.67 | Kavi Marketplace | $0 |
| Sch | $3,416.81 | Kemel USA | $0 |
| Sch | $134.32 | Les Schwab | $0 |
| Sch | $36.72 | McMaster-Carr | $0 |
| Sch | $5,428.08 | Mountain Pacific Bank (VISA) | $0 |
| Sch | $4,974.64 | Mountain Pacific Bank (VISA) | $0 |
| Sch | $90,295.00 | North Star Insurance Services | $0 |
| Sch | $2,544.66 | NW Employees Retirement | $0 |
| Sch | $184.00 | Occupational Health Center WA | $0 |
| Sch | $901.85 | Philips Publishing | $0 |
| Sch | $22,639.13 | Port of Seattle | $0 |
| Sch | $4,667.06 | Port of Seattle | $0 |
| Sch | $50.50 | Puget Sound Energy | $0 |
| Sch | $1,651.50 | Rasmussen Equipment Co. | $0 |
| Sch | $1,335.93 | Recology Clean Scapes | $0 |
| Sch | $540.00 | Seattle Machine Works | $0 |

ORDER ALLOWING AND DISALLOWING CLAIMS – Page 3

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

| POC No. or Scheduled | Amount | Claimant | Proposed Allowed Amount |
|---|---|---|---|
| Sch | $1,637.07 | Sound Marine & Industrial | $0 |
| Sch | $217.91 | Tacoma Screw Products | $0 |
| Sch | $296.17 | Target Service and Supply | $0 |
| Sch | $160.00 | Thorsen Barnett & McDonald | $0 |
| Sch | $597.66 | Unum Life Insurance Co. | $0 |
| Sch | $3,710.70 | Western Metal Industry Pension | $0 |

7. Marine Carpenters is allowed a general unsecured claim in the amount of $1,243,757 which will be treated solely in the manner provided in the Debtors' confirmed plan of reorganization at IV.C.4.b.

8. Mountain Pacific Bank is allowed a secured claim against SMW in the amount of $176,697.55 as of September 30, 2019 with respect to the Debtors' line of credit. Any other amounts claimed owing on the line of credit as of September 30, 2019 are disallowed.

9. The prepetition claim asserted by King County Treasury against SMW as of the Petition Date in the amount of $3,764.59 has since been paid in full and thus, King County Treasury is allowed a claim in the amount of $0, and King County Treasury holds no further prepetition claim against SMW.

10. The prepetition claim scheduled by SMW in favor of DOR in the amount of $1,500 has since been paid in full and thus, DOR is allowed a claim in the amount of $0, and DOR holds no further prepetition claim against SMW.

11. The prepetition claims scheduled by SMW in favor of the following claimants have since been paid in full and thus, each claimant is allowed a claim in the amount of $0, and such claimants hold no further prepetition claims against SMW.

ORDER ALLOWING AND DISALLOWING CLAIMS –
Page 4

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ef30h7017n

Case 19-13502-MLB    Doc 265    Filed 07/01/21    Ent. 07/01/21 12:19:11    Pg. 4 of 5

| Amount | Claimant | Proposed Allowed Amount |
|---:|---|---:|
| $166.00 | AT&T | $0 |
| $7,149.00 | Carrothers & Co, PLLC | $0 |
| $25,015.63 | Fishing Vessel Owners | $0 |
| $1,145.89 | Mountain Pacific Bank (VISA) | $0 |
| $283.39 | Mountain Pacific Bank (VISA) | $0 |
| $814.14 | Phillips 66-Conoco-76 | $0 |
| $975.50 | Western Metal Industry Pension | $0 |

//End of Order//

Presented by:

BUSH KORNFELD LLP

By /s/ Christine M. Tobin-Presser
 Christine M. Tobin-Presser, WSBA #27628
 James L. Day, WSBA #20474
Attorneys for the Reorganized Debtors

ORDER ALLOWING AND DISALLOWING CLAIMS – Page 5

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

ef30h7017n

Case 19-13502-MLB    Doc 265    Filed 07/01/21    Ent. 07/01/21 12:19:11    Pg. 5 of 5