**Below is the Order of the Court.**



_____
**Marc Barreca
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)**

_____

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>FISHING VESSEL OWNERS MARINE WAYS, INC.,<br><br>Debtor. | Lead Case No. 19-13502-MLB<br><br>(Jointly Administered with Case No. 19-13504-MLB)<br><br>**ORDER SETTING STATUS CONFERENCE** |
| In re:<br><br>SEATTLE MACHINE WORKS, INC.,<br><br>Debtor. | |

Pursuant to 11 U.S.C. § 105(d), a case status conference will be held on **December 2, 2021 at 9:30 a.m.** in Judge Barreca's Courtroom, Room 7106, United States Courthouse, 700 Stewart St., Seattle, Washington. The purpose of the conference is to discuss status of the case including progress towards a final decree. Counsel for the reorganized debtors is required to attend. **Attendance of parties other than counsel for the reorganized debtors is not mandatory, but strictly voluntary.**

The status conference will be held in-person. However, telephonic appearance is permitted including telephonic appearance by counsel for the reorganized debtors. Instructions and guidelines are as follows:

<u>Instructions</u>:

(1) Dial: 1.888.363.4749

(2) Enter Access Code: 9365479#

(3) Press the # sign

(4) Enter Security Code when prompted: 8574#

(5) Speak your name when prompted

<u>Guidelines</u>:

(1) Use a land line phone and not a cell phone, if possible.

(2) Make the call from a quiet area where background noise is minimal.

(3) Wait until the judge calls your case before speaking.

(4) Do not put the phone on hold at any time after the call is connected.

/// End of Order ///

Order - 2

Case 19-13502-MLB    Doc 266    Filed 10/29/21    Ent. 10/29/21 15:31:37    Pg. 2 of 2