HONORABLE MARC BARRECA

HEARING DATE: THURSDAY, JANUARY 6, 2022
HEARING TIME: 9:30 A.M.
LOCATION: SEATTLE, COURTROOM 7106
RESPONSES DUE: THURSDAY, DECEMBER 30, 2021

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>FISHING VESSEL OWNERS MARINE WAYS, INC.,<br><br>Debtor. | Lead Case No. 19-13502<br><br>(Jointly Administered with Case No. 19-13504) |
| In re<br><br>SEATTLE MACHINE WORKS<br><br>Debtor. | MOTION FOR ORDER CLOSING BANKRUPTCY CASES |

Fishing Vessel Owners Marine Ways, Inc. and Seattle Machine Works (each, a "Debtor" and together, the "Debtors") move the Court on an ex parte basis for an order closing their jointly administered bankruptcy cases (each, a "Bankruptcy Case" and together, the "Bankruptcy Cases") pursuant to Bankruptcy Code[1] § 350.

---

[1] References to the Bankruptcy Code herein refer to 11 U.S.C. § 101 *et seq.*

MOTION FOR ORDER CLOSING BANKRUPTCY CASES – Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

em15hn01zq

Case 19-13502-MLB    Doc 272    Filed 12/16/21    Ent. 12/16/21 15:29:50    Pg. 1 of 2

Bankruptcy Code § 350(a) provides that "[a]fter an estate is fully administered and the court has discharged the trustee, the court shall close the case. *Id.* The Advisory Committee Notes to Federal Rule of Bankruptcy Procedure 3022 provide that

> [f]actors that the court should consider in determining wheteher the estate has been fully administered include (1) whether the order confirming plan has become final, (2) whether deposits required by the plan have been distributed, (3) whether the proprerty proposed yb the plan to be transferred has been transferred, (4) whether the debtor or the successor of the debtor under the plan has assumed the business or the management of the property dealt with by the plan, (5) whether payments under the plan have commenced, and (6) whether all motions, contested matters, and adversary proceedings have been finally resolved.

The Debtors' plan of reorganization was confirmed on September 28, 2020 and no appeal was taken. Docket No. 243. No deposits were required to be distributed under the plan. Docket Nos. 216 and 243. The plan did not propose to transfer property. Docket Nos. 216 and 243. Post-confirmation, the Debtors continued the business and management of the property dealt with by the Plan, although operations have since ceased. *See* Docket No. 257. Plan payments commenced. *Id.* As reflected by the Bankruptcy Case docket, all motions, contested matters and adversary proceedings have been finally resolved.

Based upon the foregoing, the Debtors respectfully requests that the Court enter an order closing their Bankruptcy Cases.

DATED this 16th day of December, 2021.

BUSH KORNFELD LLP


By/s/ Christine M. Tobin-Presser
   Christine M. Tobin-Presser, WSBA #27628
   James L. Day, WSBA #20474
Attorneys for Reorganized Debtors

MOTION FOR ORDER CLOSING BANKRUPTCY CASES –
Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

em15hn01zq

Case 19-13502-MLB    Doc 272    Filed 12/16/21    Ent. 12/16/21 15:29:50    Pg. 2 of 2